```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ULDERICO CALERO,
                                              Civil No. 07 CV 10976
                    Plaintiff,
     -against-                                **CERTIFICATE**

ELRAC, INC., d/b/a ENTERPRISE-RENT-A-
CAR, and JESSICA ORTIZ,

                    Defendants.
----------------------------------------X
```

    Pursuant to Rule 7.1 of the Local Rules of the Southern District of New York, the undersigned respectfully certifies the following upon information and belief:

    Defendant, ELRAC, INC., d/b/a ENTERPRISE RENT-A-CAR is not a publicly held corporation.

DATED:    Garden City, New York
            November 28, 2007

```
                              ELRAC, INC., and JESSICA ORTIZ
                              By their attorneys:

                              BRAND GLICK & BRAND, P.C.

                    By:       _____
                              ROBERT S. MAZZUCHIN (36555)
                              600 Old Country Road, Ste. 440
                              Garden City, New York 11530
                              (516) 746-3500
                              Our File No. : 29-5233
```