# BUTTAFUOCO
DANIEL P BUTTAFUOCO & ASSOCIATES PLLC

March 28, 2008

Via Electronic Filing

U.S. Southern District Court
Honorable John G. Koeltl
U.S, Magistrate Justice
500 Pearl Street
New York, NY 10007

    RE:    Calero v. Elrac, Inc., et al.
             Docket No.: 02 CV 10976

Dear Magistrate Justice Koeltl:

    Pursuant to the Civil Scheduling Order dated March 25, 2008, plaintiffs attorneys hereby consent to have this matter tried before a Magistrate with the Magistrate assisting in settlement negotiations.

    Thank you.

Very truly yours,

Mark T. Freeley Esq. (MTF0272)

MTF/kf

cc:    *Via Mail*
       BRAND GLICK & BRAND, PC
       Attorneys for Defendants,
       ELRAC, INC., d/b/a ENTERPRISE-
       RENT-A-CAR and JESSICA ORTIZ
       600 Old Country Road, Ste. 440
       Garden City, New York 11530
       Attn: Robert S. Mazzuchin (3655)
       (516) 746-3500
       Your File No.: 29-5233

DANIEL P. BUTTAFUOCO
Board Certified in
Civil Trial Advocacy

MARK T. FREELEY
JAMES S. MCCARTHY
JAMES V. MATTONE
SHAWN M. ALFANO
ELLEN BUCHHOLZ

144 Woodbury Road
Woodbury, NY 11797
P 516.746.8100
F 516.746.6473



WE HELP ACCIDENT VICTIMS REBUILD THEIR LIVES.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

**APPEARANCE**

Case Number: 02 CV 10976

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ULDERICO CALERO

I certify that I am admitted to practice in this court

Dated: March 28, 2008

Mark T. Freeley, Esq. (MTF0272)
THE LAW OFFICES OF DANIEL P. BUTTAFUOCO & ASSOCIATES, PLLC
144 Woodbury Road
Woodbury, NY 11797
(516) 746-8100
Fax No.: (516) 746-6473