UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ULDERICO CALERO,                              Civil No.  02 CV 10976

                Plaintiff,              **AUTOMATIC DISCLOSURE**

-against-
                                                           Jury Demanded

ELRAC, INC., d/b/a ENTERPRISE-RENT-A-
CAR, and JESSICA ORTIZ,

                Defendants.
----------------------------------------X

Pursuant to Federal Rules of Civil Procedure Section 26(a)(1), defendants, ELRAC, INC., d/b/a ENTERPRISE-RENT-A-CAR, and JESSICA ORTIZ, by their attorneys, BRAND GLICK & BRAND, P.C., hereby set forth the following upon information and belief:

### PRELIMINARY STATEMENT

Defendants' investigation into the incident underlying this lawsuit and discovery proceedings are continuing. These responses represent the most complete information currently available to defendant. Defendants reserve their right to supplement these responses should additional information become available through investigation and/or discovery proceedings:

(a) **The name, and, if known, the address and telephone number of each individual likely to have discoverable information relevant to the disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:**

       1.   The plaintiff;
       2.   The defendant;
       3.   Those additional persons listed on the police report.

(b) **A copy of, or a description by category and location of, all documents, data, compilation, and tangible things in the possession custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:**

       1.   All medical records, reports, diagnostic tests, invoices or bills relied upon by the plaintiff to support her

    contentions regarding alleged injuries.
 2. Any other records or documents that the plaintiff possesses pertaining to her liability and damages claims.

 (c) **<u>A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered</u>**.

   To be provided by plaintiff.

 (d) **<u>Insurance Information</u>**:
   Cambridge Integrated Services Group, Inc.
   Limits of Liability: $1,000,000 csl
   Policy # to be provided under separate cover.

Defendants reserve their right to amend and/or supplement this response up to and including the time of trial.

Dated: Garden City, New York
    March 5, 2008

           BRAND GLICK & BRAND, PC
           Attorneys for Defendants,
           ELRAC, INC., d/b/a
           ENTERPRISE-RENT-A-CAR
           and JESSICA ORTIZ

    By: _/s/ Robert Z_____
        Robert S. Mazzuchin (3655)
        600 Old Country Road, Ste. 440
        Garden City, New York 11530
        (516) 746-3500
        Our File No.  29-5233

```
To:   The Law Offices of Daniel P. Buttafuoco
       & Associates, PLLC
      Mark T. Freeley, Esq.
      Attorneys for Plaintiff, Ulderico Calero
      144 Woodbury Road
      Woodbury, New York 11797
      516-746-8100
```

-3-

CIVIL NO. 07 CV 10976

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
ULDERICO CALERO,

                Plaintiff,

-against-

ELRAC, INC., d/b/a ENTERPRISE-RENT-A-CAR, and JESSICA ORTIZ,

                Defendants.
---

AUTOMATIC DISCLOSURE
---

**BRAND GLICK & BRAND**
Attorneys for Defendants,
ELRAC, INC., d/b/a ENTERPRISE-RENT-A-CAR and JESSICA ORTIZ
600 Old Country Road, Suite 440
Garden City, New York 11530
(516) 746-3500
Our File No. : 29-5233
---

To:  Mark T. Freeley, Esq.
     Attorneys for Plaintiff, Ulderico Calero
     144 Woodbury Road
     Woodbury, New York 11797

-5-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on **March 11th, 2008**, a copy of the **Defendants' Automatic Disclosure** was furnished via Mail upon:

The Law Offices of Daniel P. Buttafuoco & Associates, PLLC
Mark T. Freeley, Esq.
Attorneys for Plaintiff, Ulderico Calero
144 Woodbury Road
Woodbury, New York 11797
516-746-8100

_____
Cathy Janelle

Sworn to before me this
11th day of March, 2008

_____
Notary Public

NINA E. GOLDBERG
Notary Public, State of New York
No. 4841330
Qualified in Nassau County
Commission Expires Sept. 30, 2009